# *UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA*

Bureau of Engraving Inc.

v.

Graphic Communications International Union Local 1B

**Motion Hearing Notice**

**Case Number Civil 00-726 PAM/JGL**

(x) TAKE NOTICE That the proceeding in this case scheduled for Friday, February 2, 2001 @ 9:00 A.M. has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**The motion hearing shall proceed before the Honorable Paul A. Magnuson on Friday, February 23, 2001 @ 11:00 A.M.**

The continuance is due to a conflict with Judge Magnuson's schedule.

Dated: January 12, 2001

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: George R. Wood
Scott A. Higbee

FILED JAN 12 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK